**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7714**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DEON MAURICE MOSELY, a/k/a D,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-91-429-A, CA-98-517-AM)

─────────────

Submitted:  January 7, 1999          Decided:  January 21, 1999

─────────────

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Deon Maurice Mosely, Appellant Pro Se.  Robert Chestnut, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Deon Maurice Mosely seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and his motion for reconsideration.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>United States v. Mosely</u>, Nos. CR-91-429-A; CA-98-517-AM (E.D. Va. Sept. 10 & Oct. 9, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>